# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERISURE MUTUAL INSURANCE COMPANY,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALL CRANE RENTAL OF GEORGIA, INC. and G.S. CONSTRUCTION, INC.,<br>　　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-04022-SEG |

## J U D G M E N T

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration of the parties' cross motions for summary judgment, and the court having granted in part and denied in part said motions, it is

**Ordered and Adjudged** that the Plaintiff has a duty to defend GSC in the Underlying Lawsuit. GSC's and All Crane's motions for summary judgment are granted as to Count I, and Amerisure's motion for summary judgment is denied as to the same. The parties' cross motions for summary judgment are denied with respect to Count II, which is DISMISSED WITHOUT PREJUDICE. Amerisure's motion for summary judgment is granted as to GSC's bad faith counterclaim (Count II of the Counterclaim).

Dated at Atlanta, Georgia, this 29th day of August, 2024.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　By: ___s/ A. Edwards
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 29, 2024
Kevin P. Weimer
Clerk of Court

By:＿＿s/ A. Edwards＿＿
　　　Deputy Clerk